IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MYRTIS PAULO HART,

    Petitioner,

v.                                                                  No. 21-cv-00106-KWR-GBW

R SAAVEDRA,

    Respondent.

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Myrtis Paulo Hart's Letter-Petition Regarding Good Time Credits (**Doc. 1**) is **DISMISSED AS MOOT.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**